# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

DAVID BROWN, et al.,                :
                                    :
    Plaintiffs,                    :
                                    :    CIVIL ACTION
v.                                  :
                                    :    NO. 3:13-cv-20-TCB
VENTURE EXPRESS, INC., et al.,      :
                                    :
    Defendants.                    :

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the parties, the Court orders that the time limits for adding parties, amended the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified: *Discovery is stayed except with respect to Plaintiffs' conditional certification motion. After that motion is ruled on, the discovery period shall be six months. Extensions of the discovery period are unlikely.*

IT IS SO ORDERED this 22nd day of May, 2013.

_____
Timothy C. Batten, Sr.
United States District Judge