# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| DAVID BROWN, ET AL. ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION FILE NO. |
| ) | 3:13-CV-00020-TCB |
| v. ) | |
| ) | |
| VENTURE EXPRESS, INC. ) | |
| ) | |
| Defendant. ) | |
| | |
| BOBBY BRAY, WILLIAM ) | |
| MCGHEE, DAVID PAYNE, and ) | |
| ALVIN REEDER, ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION FILE NO. |
| ) | 3:15-CV-121-TCB |
| v. ) | |
| ) | |
| VENTURE EXPRESS, INC. ) | JURY TRIAL DEMANDED |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Upon consideration of the Parties' Joint Motion for Approval of Settlement, it is hereby ADJUDGED AND ORDERED:

1. The settlement is deemed fair and reasonable to all parties, and it is hereby approved by the Court.

A DEG 3129301 v2
2902082-000056

2.     Plaintiffs' claims, as well as those brought by the opt-ins to this case, are hereby dismissed with prejudice, and the parties shall bear their own costs and attorneys' fees unless stated otherwise in the Settlement Agreement.

3.     The terms of the Settlement, including without limitation the settlement amount, be kept confidential, and as such, that the settlement agreement be filed and kept under seal.

4.     This Court shall retain jurisdiction to enforce this Stipulation of Dismissal and the Settlement Agreement made by the parties.

5.     The Clerk is hereby directed to close this case.

This 7th day of April, 2016.

_____
Judge Timothy C. Batten
United States District Judge

A DEG 3129301 v2
2902082-000056